# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DERRICK MICHAEL STANBERRY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-00526-ACA-HNJ |
| SGT. WILLIE MCLEMORE, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report and recommendation on June 2, 2020, recommending that the court deny *pro se* Defendant Willie McLemore's motion for summary judgment as to *pro se* Plaintiff Derrick Michael Stanberry's excessive force claim. (Doc. 33). The magistrate judge advised the parties of their right to file objections to the report and recommendation within 14 days. To date, the court has not received objections from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

Accordingly, the court **DENIES** Sergeant McLemore's motion for summary judgment (doc. 25) and **REFERS** this case to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this June 26, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE